GEORGE MACY COMPANIES, INC., Respondent, *v.* NEW YORK POST CORPORATION et al., Appellants.

Argued April 15, 1947; decided May 15, 1947.

*Jonas J. Shapiro* and *Milton Ross* for appellants.
*William Macy* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.